# Court of Appeals
# of the State of Georgia

ATLANTA,  May 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0187. SHIRLEY v. THE STATE.**

Appellant John Paul Shirley has filed a motion to remand this case to the trial court so that he can raise an ineffective assistance of counsel claim. Having considered the motion, it is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*